UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020
```

WENDY ALVAREZ,

                        Plaintiff,

-v-

CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION, *doing business as Lord & Taylor*, and TRANS UNION, LLC,

                        Defendants.

No. 20-cv-9036 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, District Judge:

      The Court is in receipt of two letters from Plaintiff informing the Court that Plaintiff has reached a settlement in principle with each of the defendants [ECF #8, 9]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by January 11, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date: **December 11, 2020**
      **New York, NY**

*(signature: Mary Kay Vyskocil)*
**MARY KAY VYSKOCIL**
**United States District Judge**